# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

U.S.A.

v.

Michael Webster

CITATION/CASE NO. 6:10-mj-0124-MJS

### ORDER TO PAY

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

City    State    Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: _____     _____
                          Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

( ) **FINE** of $ _____     (X) **Penalty ASSESSMENT** of $ 1000

( ) **PROCESSING Fee** of $ _____     for a **TOTAL AMOUNT** of $ 1000,

paid within _____ days / months **OR** payments of $ _____ per month, commencing _____ and due on the _____ of each month until **PAID IN FULL** - note late payments could be subject to late/delinquent charges imposed by C.V.B..

(X) **REVIEW**/Post Sentencing **HEARING DATE:** 8/9/2011 at 10:00 a.m. / p.m. in Dept. Yose
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(X) **PROBATION** to be unsupervised / supervised for: Unsupervised Probation for 12 months. Terms & conditions: Obey all laws, enroll & complete a drug counseling program preapproved by N.P.S. Legal Office. Matter shall be reviewed in 12 months, terms of deferral met charge shall be dismissed.

Payments **must be made by Check or Money Order**, payable to: Clerk, U.S.D.C. and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU
PO Box 70939
Charlotte, NC 28272-0939
1-800-827-2982

CLERK, U.S.D.C.
501 'I' St., #4-200
Sacramento, CA 95814

CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 8/10/10     _____
                   U.S. MAGISTRATE JUDGE

1) Page 1 - Clerk's Office; 2) Page 2 & 3 - for defendant     EDCA - Rev 3/2007